UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED G. GEISLER, et al.,

Plaintiffs,

v.

DANIEL BASS, et al.,

Defendants.

Case No. 26-cv-02800-HSG

**ORDER REGARDING NOTICE OF REMOVAL**

Re: Dkt. No. 10

On May 12, 2026, Defendants filed a notice of removal to the United States Bankruptcy Court for the District of Nevada pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027. *See* Dkt. No. 10. However, many courts have held that 28 U.S.C. § 1452 "applies only to removal to bankruptcy court from state court and certain federal courts but not district courts." *See, e.g.*, *In re Curtis*, 571 B.R. 441, 449 (B.A.P. 9th Cir. 2017); *Kerr v. Wong et al.*, No. 2:25-AP-01341-NB, 2026 WL 1004920, at *5 (C.D. Cal. Feb. 6, 2026) (concluding that attempted removal was legally void).

The Court **SETS** a case management conference in this case on May 26, 2026, at 2:00 p.m. The hearing will be held by Public Zoom Webinar. All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities.

//

//

//

The parties should be prepared to discuss the effect of the notice of removal in light of cases like those cited above.

**IT IS SO ORDERED.**

Dated:  5/20/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2