United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED G. GEISLER, et al.,

Plaintiffs,

v.

DANIEL BASS, et al.,

Defendants.

Case No. 26-cv-02800-HSG

**ORDER DIRECTING SUPPLEMENTAL BRIEFING REGARDING MOTION TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA, FOR REFERRAL TO THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

Re: Dkt. No. 19

Pending before the Court is Defendants' Motion to Transfer to the U.S. District Court for the District of Nevada, for referral to the U.S. Bankruptcy Court for the District of Nevada, under 28 U.S.C. §§ 1404(a), 1412. Dkt. No. 19.

A two-step analysis applies for transfers under 28 U.S.C. § 1404(a): (1) "whether the transferee district was one in which the action 'might have been brought' by the plaintiff," *Hoffman v. Blaski*, 363 U.S. 335, 343–44 (1960); and (2) an "individualized, case-by-case consideration of convenience and fairness," *Stewart Org., Inc. v. Ricoh Corp.*, 487 U.S. 22, 29–30 (1988) (quotation omitted).

The parties' briefing regarding the first prong focused on the U.S. Bankruptcy Court for the District of Nevada. The parties are **ORDERED** to file simultaneous supplemental briefs by September 4, 2026, not to exceed five (5) pages per party, addressing the U.S. District Court for the District of Nevada's federal subject-matter jurisdiction over this case, personal jurisdiction over plaintiffs and defendants, and proper venue under 28 U.S.C. § 1391. The parties must also make clear whether, in their view, this analysis varies between the District of Nevada and the

United States District Court
Northern District of California

Nevada Bankruptcy Court.

No responses to supplemental briefing may be filed without further order of this Court.

**IT IS SO ORDERED.**

Dated: 8/26/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge